# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL G. POSTAWKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:16-CV-04219-NKL |
| vs. | ) |
| | ) |
| CORIZON MEDICAL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE AND WAIVER OF SERVICE

COME NOW J. Thaddeus Eckenrode and Eckenrode-Maupin, Attorneys at Law, and hereby enter their appearance in this matter on behalf of Defendant Corizon Health, Inc., improperly named as "Corizon Medical Services."

Respectfully submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode MO Bar #31080
ECKENRODE-MAUPIN, Attorneys at Law
11477 Old Cabin Road, Suite 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendant Corizon Health, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic case filing or first class U.S. Mail, postage prepaid on this 29th day of September, 2016 to the following:

***Via U. S. Postal Service***
Michael G. Postawko, #533578
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, MO 65101
*Pro Se Plaintiff*                    */s/ Megan Perney*