IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| **MICHAEL G. POSTAWKO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 16-4219-CV-C-NKL-P |
| | ) | |
| **CORIZON MEDICAL SERVICES et al,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PRETRIAL SCHEDULING ORDER

It is **ORDERED** that the following deadlines and instructions apply in this case:

1. By December 5, 2016, the parties shall make the following disclosures:

    A. The parties shall provide to each other the names and addresses of all persons having knowledge or information of the facts that give rise to the claim(s) made by plaintiff(s), except that, regarding people who no longer are employed by the relevant governmental or other entity, defense counsel may state that the person may be contacted through defense counsel.

    B. The parties shall identify for each other all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment, as set forth in Federal Rule of Civil Procedure 26(a)(1)(A)(ii).

2. Once the above-described disclosures have been made, the parties may commence discovery pursuant to the Federal Rules of Civil Procedure.

3. By January 19, 2017, the parties shall file any motion to add parties or amend the pleadings.

4. Motions to compel discovery shall not be filed unless and until the moving party has made a good-faith, unsuccessful attempt to resolve the issue.

5. Defendant(s) are granted leave to depose plaintiff(s) pursuant to and under the

conditions set out in Federal Rule of Civil Procedure 30.

6. By May 19, 2017, all pretrial discovery shall be completed.

7. By June 19, 2017, the parties shall file any motion for summary judgment.

8. If a motion for summary judgment is filed, within twenty days thereafter, the non-moving party must file suggestions in opposition to the motion for summary judgment.

9. If no motion for summary judgment is filed by the deadline set out above, the case will be set for trial.

10. The deadlines set out in this order will be extended only in exceptional circumstances and only upon a showing of good cause.

11. The Clerk of the Court shall send plaintiff(s) a copy of the Local Rules along with a copy of this order; however, the parties are advised that the deadlines and instructions set out in this order preempt any provision of the Local Rules to the contrary.

12. A party's failure to comply with the deadlines and instructions set out in this order may result in the imposition of appropriate sanctions, which could include the dismissal of this case.

**IT IS SO ORDERED.**

                                                              s/ Nanette K. Laughrey
                                                              NANETTE K. LAUGHREY, JUDGE
                                                              UNITED STATES DISTRICT COURT

DATED: November 4, 2016