

| TITLE: | Initial HCV Chronic Care Clinic |
|---|---|
| Physician Approval/Date: Dr. Thomas Bredeman, D.O. | [signature] 1/10/17 |

### (S) SUBJECTIVE:

Do you know when you acquired this _____?
Risk Factors:
_____ Y/N IV or intranasal drug use
    Date first used:_____
    Date last used:_____
_____ Y/N First tattoo
    Date
    Prison/jail?_____
_____ Y/N Dialysis
_____ Y/N Transfusion/organ transplant before 1992
_____ Y/N Alcohol history
    Date first used:_____
    Date last used:_____

_____ Y/N Patient complains of HCV symptoms – (nausea/vomiting, abdominal pain, fatigue, jaundice)
    If so list: _____
_____ Y/N Patient complains of symptoms of cirrhosis (easy bruising, LE edema, increasing abdominal girth, hematemesis)
    List: _____
_____ Y?N History of treatment for hepatitis C?
    Dates:_____
    Agents used:_____
    _____ Y/N Viral clearance

### (O) OBJECTIVE:

_____ Y/N Advanced hepatic fibrosis/cirrhosis (confirmed by ultrasound, biopsy, esophageal varices, ascites, physical stigmata, APRI >2, FIB-4 >1.45, low albumin, ALT/AST Ratio >1)
_____ Y/N Liver transplant recipient
_____ Y/N HIV co-infection
_____ Y/N Comorbid medical condition associated with HCV, e.g. cryoglobulinemia and certain types of lymphomas
_____ Y/N Newly incarcerated offender being treated at the time of incarceration

____ Y/N HCV Antibodies positive: Date:_____
____ Y/N Icterus or jaundice
____ Y/N Ascites
____ Y/N Peripheral edema
____ Y/N Spider angiomata or spider telangiectasia
____ Y/N Hepatomegaly
____ Y/N Asterixis
Abdominal Exam: _____
Skin findings: _____
Physical findings of cirrhosis: _____
____ Y/N Labs Reviewed
Labs:

| _____ Date | _____ Date |
| _____ AST | _____ AST |
| _____ ALT | _____ ALT |
| _____ Total bilirubin | _____ Total bilirubin |
| _____ Albumin | _____ Albumin |
| _____ Platelets | _____ Platelets |
| _____ APRI Score | _____ APRI Score |

Genotype (if known) _____ Date:_____
Viral load (if known)_____ Date: _____
Liver biopsy-stage: _____ Date: _____

____ Y/N HAV total antibodies positive or vaccine
____ Y/N HBV surface antigen positive/chronic hep B
____ Y/N HBV surface antibody positive or vaccine
____ Y/N Is patient on any potentially hepatotoxic drugs
   If yes, list: _____
Other medical conditions: _____

Other Concerns

____ Y/N eGFR ≤30:_____
____ Y/N HIV Result _____ Date: _____
   (If HIV+ consult HIV Expert for recommendations. HIV must be controlled before beginning therapy)
____ Y/N Chronic Hepatitis B

(A) <u>ASSESSMENT:</u>

PRIORITIES FOR TREATMENT:
- ADVANCED HEPATIC FIBROSIS/CIRRHOSIS (CONFIRMED BY ULTRASOUND, BIOPSY, ESOPHAGEAL VARICES, ASCITES, PHYSICAL STIGMATA, APRI >2, FIB-4 >1.45, LOW ALBUMIN
- LIVER TRANSPLANT RECIPIENTS
- HIV CO-INFECTION
- COMORBID MEDICAL CONDITIONS ASSOCIATED WITH HCV, E.G. CRYOGLOBULINEMIA AND CERTAIN TYPES OF LYMPHOMAS
- CONTINUITY OF CARE FOR NEWLY INCARCERATED OFFENDERS WHO WERE BEING TREATED AT THE TIME OF INCARCERATION

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 2 of 14

____ New enrollee
____ Improved
____ Stable
____ Worsened
____ Evidence of Cirrhosis (physical signs of cirrhosis, APRI >/=2, CTP >6, Hep C with plt <150,000, FIB-4 >1.45, low albumin, ALT/AST Ratio >1)

Previously Treated
____ Y/N Resolved (no detectable HCV RNA 12 months post treatment)

Chronic Hepatitis C
____ Y/N Patient is possible candidate therapy-complete hepatitis C worksheet (see cirrhosis pathway)
____ Y/N Patient declines therapy (signed refusal of treatment and documented)
____ Y/N Failed prior treatment
    ____ Y/N Dual Therapy
    ____ Y/N Triple Therapy
____ Y/N Does have enough time remaining in prison to complete treatment and at least 6 months after treatment completed to obtain SVR—release date:_____
____ Y/N Significant uncontrolled depressive or other psychiatric illness
____ Y/N Other medical contraindication. If yes, list:_____
____ Y/N Not a candidate for HCV treatment-APRI<1 and no indication of cirrhosis

(P) **PLAN:**

Plan for Patients that treatment is contraindicated, refuses treatment, failed treatment, or treatment not indicated.

____ Y/N Physician CY Chronic Care appointment every 6 months if APRI >1, use the Follow-up HCV Chronic Care Clinical Pathway
____ Y/N Physician CY Chronic Care appointment every 12 months if APRI <1, use the Follow-up HCV Chronic Care Clinical Pathway, with nursing clinic at 6 months
____ Y/N CMP, CBC (with differential & platelets) every 6 months if APRI >1
____ Y/N CMP, CBC (with differential & platelets) every 12 months if APRI <1, with nursing clinic every 6 months
____ Y/N Evaluate APRI score with each lab draw
____ Y/N M-Score and Duty Status appropriate
____ Y/N If patient is not already immune to HAV (known by positive HAV total AB) or already s/p vaccination, Hepatitis A Vaccine 1 ml now then repeat in 6 months.
____ Y/N If patient is not already immune to HBV or already S/P vaccination, Hepatitis B Vaccine series 1 ml now then repeat in 1 month then 6 months
____ Y/N Consider HCV RNA if LFT's within normal limits for 2 years
____ Y/N Remove from clinic if HCV RNA undetectable
____ Y/N Patient's current Hepatitis C status was discussed

Evidence of cirrhosis, reassess every 3-6 months in CY clinic using the cirrhosis pathway

____ Y/N APRI >2 on two occasions and ALT/AST Ratio >1
____ Y/N Stigmata of cirrhosis on physical exam (esp. spider angiomatas)
____ Y/N Evidence of ascites, esophageal varices
____ Y/N FIB-4 >1.45
____ Y/N Low albumin

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 3 of 14



| TITLE: | Follow-up HCV Chronic Care Clinic |
|---|---|
| Physician Approval/Date: Dr. Thomas Bredeman, D.O. | _signature_ 12/28/16 |

## (S) SUBJECTIVE:

_____ Y/N Patient complains of HCV symptoms (N/V, abdominal pain, fatigue, jaundice) If so;
List:: _____

_____ Y/N Patient complains of symptoms of cirrhosis (easy bruising, LE edema, increasing abdominal girth, hematemesis)
List: _____

Brief review of risks: _____

## (O) OBJECTIVE:

_____ Y/N Advanced hepatic fibrosis/cirrhosis (confirmed by ultrasound, biopsy, esophageal varices, ascites, physical stigmata, APRI >2, FIB-4 >1.45, low albumin, ALT/AST Ratio >1)
_____ Y/N Liver transplant recipient
_____ Y/N HIV co-infection
_____ Y/N Comorbid medical condition associated with HCV, e.g. cryoglobulinemia and certain types of lymphomas
_____ Y/N Newly incarcerated offender being treated at the time of incarceration

_____ Y/N HCV Antibodies positive: Date:_____
_____ Y/N Icterus or jaundice
_____ Y/N Ascites
_____ Y/N Peripheral edema
_____ Y/N Spider angiomata or spider telangiectasia
_____ Y/N Hepatomegaly
_____ Y/N Asterixis

Abdominal Exam: _____
Skin findings: _____
Physical findings of cirrhosis: _____
_____ Y/N Labs Reviewed
Labs:
_____ Date
_____ Albumin
_____ AST
_____ ALT

_____ Total bilirubin
_____ Platelets
_____ APRI Score

Genotype (if known) _____ Date:_____
Viral load (if known)_____ Date: _____
Liver biopsy-stage: _____ Date: _____
Treatment Completion Date:_____


____ Y/N HAV total antibodies positive or vaccine
____ Y/N HBV surface antigen positive
____ Y/N HBV surface antibody positive or vaccine
____ Y/N Is patient on any potentially hepatotoxic drugs
    If yes, list: _____
Other medical conditions: _____

### (A) ASSESSMENT:

**PRIORITIES FOR TREATMENT:**

- ADVANCED HEPATIC FIBROSIS/CIRRHOSIS (CONFIRMED BY ULTRASOUND, BIOPSY, ESOPHAGEAL VARICES, ASCITES, PHYSICAL STIGMATA, APRI >2, FIB-4 >1.45, LOW ALBUMIN
- LIVER TRANSPLANT RECIPIENTS
- HIV CO-INFECTION
- COMORBID MEDICAL CONDITIONS ASSOCIATED WITH HCV, E.G. CRYOGLOBULINEMIA AND CERTAIN TYPES OF LYMPHOMAS
- CONTINUITY OF CARE FOR NEWLY INCARCERATED OFFENDERS WHO WERE BEING TREATED AT THE TIME OF INCARCERATION

____ Y/N Improved
____ Y/N Stable
____ Y/N Worsened
____ Y/N Evidence of cirrhosis (physical signs of cirrhosis, APRI >/=2, CTP >6, Hep C with plt. <150,000, FIB-4 >1.45, low albumin, ALT/AST Ratio >1)

Previously Treated
____ Y/N Resolved (6-12 month post treatment with undetectable viral load)
    Date and result of SVL: _____
____ Y/N Failed Treatment

Chronic Hepatitis C
____ Y/N Patient is possible candidate therapy
____ Y/N Patient declines therapy (signed refusal of treatment and documented)
____ Y/N Failed prior treatment
    ____ Y/N Dual Therapy
    ____ Y/N Triple Therapy
____ Y/N Does have enough time remaining in prison to complete treatment and at least 6 months after treatment completed to obtain SVL-Release Date: _____
____ Y/N Significant uncontrolled depressive or other psychiatric illness

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 5 of 14

____ Y/N Other medical contraindication. If yes, list:_____
____ Y/N Not a candidate for HCV treatment -APRI<1 and no indication of cirrhosis


(P)   PLAN:

Plan for Patients that treatment is contraindicated, refuses treatment, failed treatment, or treatment not indicated.

____ Y/N Physician CY Chronic Care appointment every 6 months if APRI >1
____ Y/N Physician CY Chronic Care appointment every 12 months if APRI <1, with nursing clinic at 6 months
____ Y/N CMP, CBC (with differential & platelets) every 6 months if APRI >1
____ Y/N CMP, CBC (with differential & platelets) every 12 months if APRI <1, with nursing clinic at 6 months
____ Y/N Evaluate APRI score with each lab draw
____ Y/N M-Score and Duty Status appropriate
____ Y/N If patient is not already immune to HAV (known by
         positive HAV total AB) or already s/p vaccination, Hepatitis A Vaccine 1 ml now then repeat in 6 months.
____ Y/N If patient is not already immune to HBV or already S/P vaccination, Hepatitis B Vaccine series 1 ml now
         then repeat in 1 month then 6 months
____ Y/N Patient's current Hepatitis C status was discussed
____ Y/N Consider HCV RNA if LFT's are within normal limits for 2 years
____ Y/N Remove from clinic if undetectable

Evidence of cirrhosis, reassess every 3-6 months in CY clinic using the cirrhosis pathway

____ Y/N APRI >2 on two occasions and ALT/AST Ratio >1
____ Y/N Stigmata of cirrhosis on physical exam (esp. spider angiomatas)
____ Y/N Evidence of ascites, esophageal varices
____ Y/N FIB-4 >1.45
____ Y/N Low albumin

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 6 of 14



| TITLE: | Hepatitis C: Nurse Chronic Care Protocol |
|---|---|
| Physician Approval/Date: Dr. Thomas Bredeman, D.O.  12/28/16 | |

**(S) SUBJECTIVE:**

____ (Y/N) RUQ pain
____ (Y/N) Jaundice
____ (Y/N) Lethargy/fatigue
____ (Y/N) Disorientation
____ (Y/N) Peripheral edema
____ (Y/N) Chronic nausea and vomiting/vomiting blood
____ (Y/N) Easy bruising

Other complaints: _____

**(O) OBJECTIVE:**

____ (Y/N) Received Hepatitis A series
         Date completed series: _____
____ (Y/N) Received Hepatitis B series
         Date completed series: _____
____ (Y/N) Jaundice (skin or sclera)
____ (Y/N) Petechiae
____ (Y/N) Ascities present
____ (Y/N) Abnormal abdominal exam, such as; right upper quadrant tenderness, distention
____ (Y/N) Lower extremity edema

**(A) ASSESSMENT:** Hepatitis C Chronic Care Clinic

**(P) PLAN:**

____ (Y/N) Unstable or concerns, contact provider for lab orders and earlier follow-up

**Patient Education**
____ (Y/N) Healthy eating especially avoiding fatty foods
____ (Y/N) Fluid intake 8-10 8-ounce cups of water per day
____ (Y/N) Stop smoking
____ (Y/N) Exercise
____ (Y/N) Avoid more than 6 regular strength Tylenol in a day
____ (Y/N) Avoid IV drug, tattooing, body piercing or having sex with other offenders
____ (Y/N) Avoid sharing personal items that might have blood on them such as

Hepatitis C Chronic Care Clinic Nursing Protocol
2016
Page 1 of 2



_____ (Y/N) toothbrushes, dental appliances, nail-grooming equipment or razors.
_____ (Y/N) Cover cuts and skin sores to keep blood from contacting other persons
_____ (Y/N) For the remainder of your life, do not drink alcohol at all, and speak to a physician prior to taking any new medications, including over-the-counter medications such as Ibuprofen and Aleve and herbal remedies, that may damage your liver.
_____ (Y/N) Upon release do not donate blood, semen, body organs or other tissue.
_____ (Y/N) Upon release seek medical attention so that you receive appropriate monitoring and treatment of your condition.
_____ (Y/N) Other: _____



| TITLE: | Cirrhosis Pathway |
|---|---|
| Physician Approval/Date: Dr. Thomas Bredeman, D.O. | [signature] 12/28/16 |

**(S)** <u>SUBJECTIVE:</u>

____ Y/N History of Hepatitis C
      Date diagnosed:_____
____ Y/N History of Hepatitis B
      Date diagnosed:_____
____ Y/N History of alcohol use
____ Y/N History of metabolic syndrome/DM (non –alcoholic fatty liver disease)
____ Y/N Symptoms: Fatigue, easy bruising, lower extremity edema, fever, weight loss, diarrhea, pruritus, increasing abdominal girth, hematemesis, confusion, or sleep disturbances (possibly indicating encephalopathy). List:_____
____ Y/N Other causes of Cirrhosis; what: _____

**(O)** <u>OBJECTIVE:</u>

____ Y/N Icterus or jaundice
____ Y/N Ascites
____ Y/N Peripheral edema
____ Y/N Spider angiomata or spider telangiectasia
____ Y/N Hepatomegaly
____ Y/N Splenomegaly
____ Y/N Asterixis
____ Y/N Caput medusa
____ Y/N Palmar erythema

Abdominal Exam: _____
Skin findings: _____
____ Y/N Evidence of altered mood, confusion, inappropriate behavior, somnolence.
      If yes list: _____

____ Y/N Labs Reviewed
Labs:
_____ Date
_____ AST            _____ Creatinine
_____ ALT            _____ e-GFR

Cirrhosis Pathway
10/28/16
Page 1 of 3

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 9 of 14

_____ Total bilirubin            _____ HGB
_____ Albumin                   _____ PT/INR
_____ Platelets

\*\*For below calculations see: http://www.hepatitisc.uw.edu/page/clinical-calculators/apri

_____ APRI Score
_____ CTP Score
_____ FIB-4 index

\_\_\_\_\_ Y/N Ultrasound results: _____
\_\_\_\_\_ Y/N EGD results: _____

\_\_\_\_\_ Y/N Hepatitis A immune or vaccination
\_\_\_\_\_ Y/N Hepatitis B immune or vaccination
\_\_\_\_\_ Y/N Potentially hepatotoxic drugs (esp. NSAIDS, Metformin if end stage): _____

\_\_\_\_\_ Y/N Other medical conditions: _____

### (A) ASSESSMENT:

**PRIORITIES FOR TREATMENT:**
- **ADVANCED HEPATIC FIBROSIS/CIRRHOSIS (CONFIRMED BY ULTRASOUND, BIOPSY, ESOPHAGEAL VARICES, ASCITES, PHYSICAL STIGMATA, APRI >2, FIB-4 >1.45, LOW ALBUMIN**
- **LIVER TRANSPLANT RECIPIENTS**
- **HIV CO-INFECTION**
- **COMORBID MEDICAL CONDITIONS ASSOCIATED WITH HCV, E.G. CRYOGLOBULINEMIA AND CERTAIN TYPES OF LYMPHOMAS**
- **CONTINUITY OF CARE FOR NEWLY INCARCERATED OFFENDERS WHO WERE BEING TREATED AT THE TIME OF INCARCERATION**

\_\_\_\_\_ Y/N Compensated (Child A, CTP 5-6)
\_\_\_\_\_ Y/N Functionally compromised (Child B, CTP 7-9)
\_\_\_\_\_ Y/N Decompensated (Child C, CTP 10+)
\_\_\_\_\_ Y/N Hepatitis B
\_\_\_\_\_ Y/N Hepatitis C
\_\_\_\_\_ Y/N Other (Non-alcoholic fatty liver disease, hemochromatosis, autoimmune, cholangitis, alcoholic cirrhosis)
          Specify: _____

### (P) PLAN:

\_\_\_\_\_ Y/N Update problem list and M-score (M-score 3-4 if CTP >6, 5 if TCU care needed)
\_\_\_\_\_ Y/N Currently undergoing treatment for Hepatitis B or C
\_\_\_\_\_ Y/N Liver ultrasound every 6 months if APRI >2, CTP >6, FIB-4 index >1.45 or clinical signs of cirrhosis.
\_\_\_\_\_ Y/N EGD to screen for varices if evidence of functional compromise (CTP >6, portal hypertension noted on US, platelets <150,000 in Hepatitis C, or FIB-4 index >1.45)-every 2-3 years if compensated, 1-2 years if small varices and not on B-blocker, yearly if decompensated.
\_\_\_\_\_ Y/N Non-selective beta-blocker (propranolol, nadolol) or carvedilol if evidence of varices in Child B or C (goal heart rate 55-60 unless refractory ascites)

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 10 of 14

___ Y/N Avoid NSAIDS, PPI, Metformin or reduce dosages of some medications (antibiotics, SSRI's) if decompensated or hepatorenal syndrome (add to allergy screen)
___ Y/N Pneumococcal vaccine (PPSV23), provide pneumococcal vaccine initially. Revaccinate at age $\geq$65 if they were vaccinated $\geq$5 years previously and were aged <65 at the time of initial vaccination
___ Y/N If patient is not already immune to HAV (known by positive HAV total AB) or already s/p vaccination, Hepatitis A Vaccine series 1 ml now then repeat in 6 months.
___ Y/N If patient is not already immune to HBV or already S/P vaccination, Hepatitis B Vaccine series 1 ml now then repeat in 1 month then 6 months

___ Y/N Ascites (spironolactone: furosemide at ratio of 100:40 up to 400:160/day-use by mouth in the morning; and Na+ restriction (2000mg/day) – avoid ACE, ARB, non-selective B-blockers if refractory)
___ Y/N Encephalopathy – lactulose/rifaximin
___ Y/N Antibiotic prophylaxis if high risk spontaneous bacterial peritonitis (prior episode SBP, variceal Hemorrhage, serum albumin <2). Treatment: Bactrim DS daily or Cipro 500mg daily
___ Y/N Physician follow-up in 6 months if Child A or B (CTP>/=6-9)
___ Y/N Physician follow-up in 3 months if CTP C (CTP >/=10)
___ Y/N Patient counseled on immediate follow-up if symptoms of decompensation (increased abdominal girth, LE edema, hematemesis)

Candidate for treatment of Hepatitis C – complete worksheet and labs for Hepatitis C treatment and fax to Regional Office with all items completed.

___ Y/N Confirm release date/parole date: _____
___ Y/N Patient counseled by physician on process of workup for treatment and Written Informed Consent Form Signed before workup started
___ Y/N Obtain: CMP, CBC PT/INR, Ferritin, % Iron Saturation, TIBC
___ Y/N If significant mental health history and on psychotropic medications, refer to psychiatrist before initiating labs
___ Y/N Obtain HCV Quantitative Viral Load (#3376)-after request approved and <90 days before treatment start.
___ Y/N No HCV virus detected in first HCV RNA PCR, repeat in 6 months
___ Y/N Refer to RMD for approval of treatment by completing the Hepatitis C Checklist after labs completed

Obtain the following after approved for the initiation of treatment:
___ Y/N Obtain urine toxicology
___ Y/N Obtain TSH, ANC if ribavirin to be used (Regional office will advise)
___ Y/N Obtain HCV Genotype-after request approved, if HCV RNA PCR shows virus, <90 days before treatment start
___ Y/N Obtain funduscopic exam if retinopathy and ribavirin to be used
___ Y/N Obtain a urine pregnancy test on females
___ Y/N EKG (if pre-existing cardiac history)
___ Y/N HIV Positive and well controlled HIV disease, consult HIV Expert for treatment recommendations
___ Y/N Educate on birth defects and need for 2 forms of birth control up to 6 months post treatment if ribavirin Indicated.



| TITLE: | Hepatitis C Treatment (Ledipasvir and Sofosbuvir) |
|---|---|
| Physician Approval/Date: Dr. Milton Hammerly, M.D. | *Milton H...* 6-3-16 |

### (S) SUBJECTIVE:

_____ Y/N Side effects from ledipasvir/sofosbuvir (common-HA, fatigue, weakness; less common insomnia, N/V, dizziness, depression, cough) List: _____

_____ Y/N Side effects from ribavirin (flu-like symptoms, fatigue, neuro-psychiatric, hematologic,,worsening cardiac symptoms)

### (O) OBJECTIVE:

Date of diagnosis of Hepatitis C: _____
Week of medication: _____
_____ Y/N Ribavirin - Decision to use ribavirin will be made by the Regional Office.

Physical Exam:
    Heart: _____
    Abdomen: _____
    Skin: _____

_____ Y/N Labs Reviewed
Date: _____
    Genotype: _____
    HCV RNA pre-treatment: _____
    HCV RNA at 4 weeks (repeat at 6 weeks if still detectable at 4 weeks) _____
    HCV RNA at 6 weeks (only if still detectable at 4 weeks) _____

Date: _____

| | | **If ribavirin** | |
|---|---|---|---|
| _____ | Albumin | | |
| _____ | AST | _____ | Hgb |
| _____ | ALT | _____ | Platelets |
| _____ | Creatinine | _____ | ANC |
| _____ | Total bilirubin | _____ | TSH |
| _____ | eGFR (if <30 Ledipasvir and Sofosbuvir contra-indicated) | | |

    _____ APRI Score
    _____ CTP Score
    _____ FIB-4 Score

_____ Y/N Hepatitis A immune or vaccination

Hepatitis C Treatment (Ledipasvir and Sofosbuvir) Pathway
6/3/16
Page 1 of 3

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 12 of 14

_____ Y/N Hepatitis B immune or vaccination
_____ Y/N Potential drug interactions: (esp. PPI, H2-antagonist, antacids, tenofovir, oxcarbazepine, rosuvastatin, amiodarone for ledipasavir/sofosbuvir: azathioprine, didanosine, zidovudine for ribavirin)
If yes, list: _____
_____ Y/N Underlying retinopathy
Other medical conditions: _____

## (A) ASSESSMENT:

_____ Y/N Cirrhosis
    _____ Y/N Compensated (Child Pugh A or B)
    _____ Y/N Decompensated (Child Pugh C)
_____ Y/N Hepatitis C
    _____ Y/N Treatment naïve
    _____ Y/N Treatment experienced
Genotype: _____

_____ Y/N Improved
_____ Y/N Stable
_____ Y/N Worsened
_____ Y/N Successful Treatment (6-12 month post treatment with undetectable viral load)
    Date and result of SVL: _____
_____ Y/N Failed Treatment
_____ Y/N Treatment with ledipasavir/sofosbuvir alone
_____ Y/N Treatment includes ribavirin (**Hemolytic anemia is the primary clinical toxicity of oral therapy; anemia associated with ribavirin may worsen underlying cardiac disease and lead to fatal and nonfatal myocardial infarctions. Avoid use in patients with significant/unstable cardiac disease**)

## (P) PLAN:

If ledipasavir/sofosbuvir alone:
_____ Y/N 1 tablet po daily
_____ Y/N CMP & CBC at weeks 2, 4, 8 12, 16, 20, and 24 after treatment initiation (depending on Tx duration)
_____ Y/N More frequent if concerning trends.

If ribavirin included:

_____ Y/N CMP and CBC at weeks 2, 4, 8, 12, 16, 20, and 24 after treatment initiation (depending on Tx duration)
_____ Y/N More frequent if concerning trends.
_____ Y/N TSH at baseline and week 12
_____ Y/N Preexisting ophthalmologic disorders (eg, diabetic or hypertensive retinopathy) require periodic optometry follow-up
_____ Y/N Pre-existing psychiatric disorder with worsening—refer to psychiatry

Dosing, for period prescribed by Regional Office (will vary from 12-24 weeks)
_____ Y/N <75 kg: 1,000 mg daily in 2 divided doses
_____ Y/N ≥75 kg: 1,200 mg daily in 2 divided doses
Dosing Modification based on hemoglobin level:

Case 2:16-cv-04219-NKL   Document 114-2   Filed 02/28/17   Page 13 of 14

_____ Y/N Hb >/= 10 no change
_____ Y/N Hb 8.5-9.9 reduce dose to 800mg total daily dose
_____ Y/N Hb <8.5 hold ribavirin for 1 week then resume at 600mg total daily dose
_____ Y/N Platelets <25,000 stop all meds

For all patients:

_____ Y/N Hepatitis C RNA (viral load) at week 4
_____ Y/N Hepatitis C RNA (viral load) at week 6 if detectable at week 4
_____ Y/N Hepatitis C RNA at 12 weeks post treatment completion
_____ Y/N Hepatitis C RNA (viral load) at 24 weeks (6month) for SVR

_____ Y/N D/C treatment if ALT >10 x baseline or if hyperbilirubinemia or if accompanied by symptoms of liver failure
_____ Y/N D/C treatment if the 6 week viral load has increased >1 log

_____ Y/N D/C treatment pathway once treatment completed
_____ Y/N D/C CY clinic if 6 mo post treatment viral load (SVR) assured
_____ Y/N If evidence of cirrhosis and SVR assured, then continue to follow in Internal Medicine Clinic
        Instead (using the Cirrhosis Pathway)