# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, et al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16-CV-4219-NKL-P |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

COME NOW Plaintiffs move this Court for leave to file a twenty-page reply to the two sets of suggestions in opposition to their motion for class certification. In support, they state:

1. On January 24, 2017, Plaintiffs filed their motion for class certification, ECF No. 77, and eleven-page suggestions in support, ECF No. 78.

2. On February 28, 2017, after extensions, two groups of defendants filed separate suggestions in opposition. *See* ECF No. 113 (Missouri Department of Corrections Defendants); ECF No. 114 (Corizon).

3. Both suggestions in opposition exceeded the fifteen-page limit set forth in Local Rule 7.0(f). Corizon had filed a motion to exceed page limitations that did not attach the proposed suggestions or specify how many additional pages were required. ECF No. 105. Nevertheless, Plaintiffs consented to its request for leave to exceed page limits. *Id*. Corizon's motion was granted, but it was not given a blank check. ECF No. 106. This Court directed that "each defendant's response to Plaintiffs' motion to certify shall not exceed 20 pages." *Id*. The Missouri Defendants, with Plaintiffs' consent, filed a similar motion that also did not indicate how

1

many pages were needed. ECF No. 109. Their motion was denied as moot in light of the Court's previous order allowing each defendant to file a response not to exceed twenty pages. *Id*.

4. Local Rule 7.0(f) limits reply suggestions to ten pages, "unless otherwise authorized by the Court."

5. Plaintiffs seek leave to file reply suggestions of twenty pages, exclusive of the table of contents, table of authorities, signature block, and certificate of service. The additional ten pages are necessary to respond to the multi-layered arguments presented in the separate suggestions in opposition to Plaintiffs' motion for class certification. Plaintiffs have endeavored to keep their reply concise while responding to each plausible point raised in the two separate twenty-page-each responses.

6. The Missouri Defendants consent to Plaintiffs' request.

7. Corizon consents only in part, explaining that "[c]onsistent with the Court's additional 5 pages it allowed defendants, we will consent to 15 pages."

8. Plaintiffs' request for an additional ten pages is the same number of additional pages allowed to Defendants' collectively. Moreover, unlike Defendants, Plaintiffs have indicated to this Court exactly how many additional pages they need rather than seeking carte blanche authorization to exceed the page limitations.

9. In accordance with Local Rule 15.1(a)(2), Plaintiffs attach their proposed reply. WHEREFORE Plaintiffs request this Court grant them leave to file their attached reply to Defendants' suggestions in opposition to Plaintiffs' motion for class certification.

2

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
American Civil Liberties Union
    of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, Missouri 63108
Phone: 314/652-3114
Fax: 314/652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
American Civil Liberties Union
    of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

Mae C. Quinn, #61584
Amy E. Breihan, #65499
MACARTHUR JUSTICE CENTER AT ST. LOUIS
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
mae.quinn@macarthurjustice.org
amy.breihan@macarthurjustice.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2017, a true and correct copy of the foregoing was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.

/s/ Anthony E. Rothert