# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 10, 2017

Mr. Ryan Lee Bangert
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102-0000

RE: 17-8026 Michael Postawko, et al v. Missouri Dept of Corrections, et al

Dear Counsel:

A petition for permission to appeal has been filed under the caption and miscellaneous case number shown above.

**Counsel for the respondent is directed to file a response to this application within 10 days from service of the petition**.

Upon receipt of the response, the matter will be submitted to the court for a ruling. All counsel will be advised of the court's decision. No briefing schedule will be established unless the court grants the petition.

The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc:     Ms. Amy Elizabeth Breihan
       Mr. Jonathan Gilbert Bremer
       Ms. Amy Christine Haywood
       Ms. Carrie Lynne Kinsella
       Honorable Nanette K. Laughrey
       Ms. Jessica L. Liss
       Mr. William R. Lunsford
       Ms. Mae C. Quinn
       Mr. Anthony E. Rothert
       Mr. Dean John Sauer
       Mr. Jessie Steffan
       Ms. Amy J. White
       Ms. Gillian R. Wilcox
       Ms. Paige Wymore-Wynn

       District Court/Agency Case Number(s):   2:16-cv-04219-NKL

**Caption For Case Number: 17-8026**

Michael Postawko; Christopher Baker; Michael C. Jamerson

        Respondents

v.

Missouri Department of Corrections; Corizon LLC; Trinidad Aguilera; John Williams; FNU Stamps; Thomas Pryor; FNU Proctor; FNU Hardman; FNU Davison; Paul Jones; FNU Stieferman; T. Bredeman; Julie Fipps; FNU Cofield; FNC Rucker; Jamie Campbell; Dawn Baker; Geeneen Wilhite; Adrienne Hardy; Bonnie Boley; Amanda Yates; Julie LNU

        Petitioners

J. Doe

Anne Precythe, in her official capacity as Director of the Missouri Department of Corrections

        Petitioner

**Addresses For Case Participants:   17-8026**

Mr. Ryan Lee Bangert
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Ms. Amy Elizabeth Breihan
MACARTHUR JUSTICE CENTER AT ST. LOUIS
Suite 300
3115 S. Grand Boulevard
Saint Louis, MO  63118

Mr. Jonathan Gilbert Bremer
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Ms. Amy Christine Haywood
ATTORNEY GENERAL'S OFFICE
Old Post Office Building
P.O. Box 861
Saint Louis, MO  63188

Ms. Carrie Lynne Kinsella
JACKSON & LEWIS
Suite 600
7733 Forsyth Boulevard
Saint Louis, MO  63105

Honorable Nanette K. Laughrey
U.S. Courthouse
131 W. High Street
Jefferson City, MO  65102-0000

Ms. Jessica L. Liss
JACKSON & LEWIS
Suite 600
7733 Forsyth Boulevard
Saint Louis, MO  63105

Mr. William R. Lunsford
MAYNARD & COOPER
655 Gallatin Street
Huntsville, AL  35801

Ms. Mae C. Quinn
MACARTHUR JUSTICE CENTER AT ST. LOUIS
Suite 300
3115 S. Grand Boulevard
Saint Louis, MO 63118

Mr. Anthony E. Rothert
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
Suite 1130
906 Olive Street
Saint Louis, MO 63101

Mr. Dean John Sauer
ATTORNEY GENERAL'S OFFICE
111 N. Seventh Street
Saint Louis, MO 63101-0000

Mr. Jessie Steffan
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
454 Whittier Street
Saint Louis, MO 63108-0000

Ms. Amy J. White
JACKSON & LEWIS
Suite 600
7733 Forsyth Boulevard
Saint Louis, MO 63105

Ms. Gillian R. Wilcox
ACLU OF MISSOURI FOUNDATION
Suite 420
406 W. 34th Street
Kansas City, MO 64111

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
U.S. Courthouse
80 Lafayette Street
Jefferson City, MO 65101