# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-8026

Michael Postawko, et al.

Respondents

v.

Missouri Department of Corrections, et al.

Petitioners

J. Doe

Anne Precythe, in her official capacity as Director of the Missouri Department of Corrections

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04219-NKL)
_____

**ORDER**

The petition for permission to appeal the district court's order granting class certification under Rule 23(f) of the Federal Rules of Civil Procedure has been considered and is granted.

The case has been assigned appeal number 17-3029 on the regular docket.

September 19, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans