# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-8026
_____

Michael Postawko; Christopher Baker; Michael C. Jamerson

Respondents

v.

Missouri Department of Corrections; Corizon LLC; Trinidad Aguilera; John Williams; FNU Stamps; Thomas Pryor; FNU Proctor; FNU Hardman; FNU Davison; Paul Jones; FNU Stieferman; T. Bredeman; Julie Fipps; FNU Cofield; FNC Rucker; Jamie Campbell; Dawn Baker; Geneen Wilhite; Adrienne Hardy; Bonnie Boley; Amanda Yates; Julie LNU

Petitioners

J. Doe

Anne Precythe, in her official capacity as Director of the Missouri Department of Corrections

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04219-NKL)
_____

**JUDGMENT**

Before LOKEN, BOWMAN and BENTON, Circuit Judges.

The petition for permission to appeal is granted in accordance with the order entered September 19, 2017. The case is transferred to the general docket as Case No. 17-3029.

The Court's mandate shall issue forthwith.

September 20, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans