# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3029

Michael Postawko, et al.

Appellees

v.

Missouri Department of Corrections, et al.

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-cv-04219-NKL)
_____

**ORDER**

Appellants have paid the filing fees in the matter, and the appellees' motion to dismiss is denied. The briefing schedule previously established in the case remains in effect.

October 05, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans