UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL G. POSTAWKO, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MISSOURI DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>Defendants. ) | No. 2:16-CV-04219 NKL |

## **PLAINTIFFS' RESPONSE TO MOTION TO STAY**

Defendants are not entitled to a stay. They are not likely to succeed on the merits of their appeal. They will not be irreparably injured without a stay. Any delay in this case will substantially injure Plaintiffs (and the thousands of inmates they represent) who will continue to suffer without treatment. And, because Defendants persist in violating the Constitution and the Americans with Disabilities Act, a stay is not in the public interest.

Nevertheless, "[a] district court may stay a case 'pending before it by virtue of its inherent power to control the progress of the cause so as to maintain the orderly processes of justice.'" *Ryan v. Gonzales*, 133 S. Ct. 696, 708 (2013) (quoting *Enelow v. N.Y. Life Ins. Co.*, 293 U.S. 379, 382 (1935)). This case will proceed differently if it proceeds as a class action than if it does not. Thus, if it is this Court's judgment that a stay is appropriate as a matter of docket management, Plaintiffs have no objection to a stay.

If a stay is granted, however, it should stay *all* deadlines in this case, not just discovery. For instance, dispositive motions are due no later than July 26, 2018. ECF No. 180. If discovery does not proceed, then Plaintiffs will be unable to meet this deadline.

1

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
American Civil Liberties Union
of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
American Civil Liberties Union
of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
Fax: (314) 652-3112
gwilcox@alcu-mo.org

Mae C. Quinn, #61584
Amy E. Breihan, #65499
MACARTHUR JUSTICE CENTER AT ST. LOUIS
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
mae.quinn@macarthurjustice.org
amy.breihan@macarthurjustice.org

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on October 6, 2017.

/s/ Anthony E. Rothert