UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL G. POSTAWKO, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:16-CV-04219 NKL ) |
| MISSOURI DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**Protective Order as to Location of Plaintiff Michael G. Postawko**

Plaintiff Michael G. Postawko's consent motion for entry of a protective order prohibiting disclosure of the location of Mr. Postawko, except as necessary to conduct discovery and mediation in this case, is granted.

IT IS ORDERED that no party or attorney or agent for a party shall disclose Mr. Postawko's location except as necessary to facilitate discovery or mediation.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: March 29, 2019
Jefferson City, Missouri