IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL POSTAWKO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 16-CV-4219-NKL |
| | ) | |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS INDIVIDUAL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs move to voluntarily dismiss from this case the all defendants named in their individual capacities only. In support, Plaintiffs state:

1. In addition to the Missouri Department of Correction, Corizon, and Anne Precythe in her official capacity, the second amended complaint, ECF No. 30, names the following persons in their individual capacity: Dr. Trinidad Aguilera, Dr. John Williams, Dr. Ruanne Stamps, Dr. Thomas Pryor, Dr. Ronald Proctor, Dr. Rex Hardman, Laurel Davison, Danette Steiferman, Dr. Thomas Bredeman, Julie Fipps, Jewel Cofied, Jamie Donnelli (f/k/a Jamie Campbell), Dawn Baker, Dr. Paul Jones, Georgann Rucker, Geeneen Wilhite, Bonnie Boley, Julie Crego, Amanda Yates, and Adrienne Hardy.

2. Plaintiffs wish to voluntarily dismiss without prejudice their claims against the defendants named in their individual capacities only because initial discovery demonstrates that Plaintiffs' injuries are the result of the customs and policies of the remaining defendants.

3. No dispositive motions are pending or anticipated to be filed soon.

4. There would be no prejudice to any defendant by the granting of this motion.

WHEREFORE Plaintiffs request this Court dismiss the claims against Dr. Trinidad Aguilera, Dr. John Williams, Dr. Ruanne Stamps, Dr. Thomas Pryor, Dr. Ronald Proctor, Dr. Rex Hardman, Laurel Davison, Danette Steiferman, Dr. Thomas Bredeman, Julie Fipps, Jewel Cofied, Jamie Donnelli (f/k/a Jamie Campbell), Dawn Baker, Dr. Paul Jones, Georgann Rucker, Geeneen Wilhite, Bonnie Boley, Julie Crego, Amanda Yates, and Adrienne Hardy without prejudice.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
arothert@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938

Amy E. Breihan, #65499
Megan G. Crane, *Pro Hac Vice*
Roderick & Solange MacArthur Justice Center
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540

Meghan C. Cleary, *Pro Hac Vice*
Wilkinson Walsh + Eskovitz
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Phone: (424) 291-9669

Amelia I. P. Frenkel, *Pro Hac Vice*
Elizabeth L. Henthorne, *Pro Hac Vice*
Anastasia M. Pastan, *Pro Hac Vice*
Wilkinson Walsh + Eskovitz
2001 M Street NW, 10th Floor
Washington, DC 20039
Phone: (202) 804-4239

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on June 13, 2019.

/s/ Anthony E. Rothert