IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, CHRISTOPHER BAKER, and MICHAEL JAMERSON, *On behalf of themselves and a class of similarly situated individuals,* | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 16-CV-4219-NKL-P |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | )<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE CONSENTING TO PLAINTIFFS' MOTION TO DISMISS INDIVIDUAL DEFENDANTS

COME NOW Defendants Dr. Trinidad Aguilera, Dr. Paul Jones, Georgann Rucker, Geeneen Wilhite, Bonnie Boley, Dr. John Williams, Amanda Yates, Julie Crego, Dr. Ruanne Stamps, Dr. Thomas Pryor, Dr. Ronald Proctor, Dr. Rex Hardman, Laurel Davison, Danette Stieferman, Dr. Thomas Bredeman, Julie Fipps, Jewel Cofield, Jamie Donnelli (f/k/a Jamie Campbell), and Dawn Baker, and submit their Response Consenting to Plaintiff's Motion to Dismiss Individual Defendants, as follows:

1. Plaintiffs filed their Motion to Dismiss Individual Defendants on June 13, 2019. *See* Doc. 286.

2. In their Motion, Plaintiffs seek to dismiss these individual defendants from the litigation entirely, without prejudice. *See* Doc. 286.

3. Defendants Dr. Trinidad Aguilera, Dr. Paul Jones, Georgann Rucker, Geeneen Wilhite, Bonnie Boley, Dr. John Williams, Amanda Yates, Julie Crego, Dr. Ruanne Stamps, Dr. Thomas Pryor, Dr. Ronald Proctor, Dr. Rex Hardman, Laurel Davison, Danette Stieferman, Dr.

Thomas Bredeman, Julie Fipps, Jewel Cofield, Jamie Donnelli (f/k/a Jamie Campbell), and Dawn Baker consent to being dismissed from this litigation.

4.  Further, these defendants have no opposition to the dismissal of the other individual named as a defendant in this case, Adrienne Hardy.

WHEREFORE, for the above and foregoing reasons, Defendants consent to Plaintiff's Motion to Dismiss the Individual Defendants in this case, and respectfully request that the Court dismiss these defendants from the litigation.

Respectfully submitted,

*/s/ Jessica L. Liss*
Jessica L. Liss #51331 MO
Amy J. White, #60411 MO
Carrie L. Kinsella, #65469 MO
JACKSON LEWIS P.C.
222 S. Central Avenue, Suite 900
St. Louis, Missouri 63105
Tel: 314.827.3939
Jessica.Liss@jacksonlewis.com
Amy.white@jacksonlewis.com
Carrie.Kinsella@jacksonlewis.com

***Attorneys for Defendants Baker, Bredeman, Campbell, Cofield, Davison, Fipps, Hardman, Proctor, Pryor, Stamps, Stieferman, Aguilera, Boley, Jones, Rucker, Wilhite, Williams, Crego and Yates***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2019, a true and accurate copy of the foregoing was filed electronically with the Court, which will serve a copy on counsel of record:

Anthony E. Rothert
Jessie Steffan
Omri E. Praiss
American Civil Liberties Union of Missouri Foundation
906 Olive Street, Ste. 1130
St. Louis, MO 63101-1448

*Attorneys for Plaintiffs*

Gillian R. Wilcox
American Civil Liberties Union of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, MO 64111

*Attorneys for Plaintiffs*

Amy E. Breihan
Megan G. Crane
MacArthur Justice Center at St. Louis
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118

*Attorneys for Plaintiffs*

Meghan C. Cleary
Wilkinson Walsh & Eskovitz
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025

Amelia Igo Pelly Frenkel
Anastasia McLetchie Pastan
Elizabeth Lynn Henthorne
Wilkinson Walsh & Eskovitz
2001 M. Street NW, 10th Fl.
Washington, DC 20036

*Attorneys for Plaintiffs*

Joshua D. Hawley, Attorney General
D. John Sauer, State Solicitor
Joshua Divine, Deputy Solicitor General D
Laura E. Elsbury, Asst. Attorney General
Michael D. Quinlan, Asst. Attorney General
Office of the Attorney General
P.O. Box 899
Jefferson City, MO 65102

*Attorneys for Defendants Missouri Department of Corrections and Anne L. Precythe*

／s／ Jessica L. Liss

4815-2386-1147, v. 1

3
Case 2:16-cv-04219-NKL   Document 293   Filed 06/21/19   Page 3 of 3