# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) CASE NO. 2:16-CV-04219-NKL |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE FOR DISCLOSURE OF WITNESSES POTENTIALLY OFFERING OPINION TESTIMONY

Defendants Corizon, LLC ("Corizon") and Missouri Department of Corrections ("MDOC"), by and through undersigned counsel, hereby certify that their Disclosure of Witnesses Potentially Offering Opinion Testimony were served via electronic mail on this the 22nd day of July, 2019 to the following:

    Anthony E. Rothert
    Gillian R. Wilcox
    Jessie Steffan
    Omri E. Praiss
    **AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
    906 Olive Street
    Suite 1130
    St. Louis, Missouri
    Telephone: (314) 652-3114
    Facsimile: (314) 652-3112
    trothert@aclu-mo.org
    gwilcox@aclu-mo.org

jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Megan G. Crane
Amy E. Breihan
**MACARTHUR JUSTICE CENTER AT ST. LOUIS**
3115 South Grand Blvd.
Suite 300
St. Louis, Missouri 63118
Telephone: (314) 254-8541
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

Meghan C. Cleary
Amelia Igo Pelly Frenkel
Anastasia McLetchie Pastan
Elizabeth Lynn Henthorne
**WILKINSON WALSH & ESKOVITZ**
11601 Wilshire Boulevard
Suite 600
Los Angeles, California 90025
Telephone: (424) 291-9669
Facsimile: (202) 847-4005
mcleary@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
bhenthorne@wilkinsonwalsh.com

*Attorneys for Plaintiffs*


Dated: July 22, 2019.

> */s/ William R. Lunsford*
> *One of the Attorneys for Defendant Corizon, LLC*

William R. Lunsford
Matthew B. Reeves

2

**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com


Dwight A. Vermette
**ECKENRODE-MAUPIN**
11477 Olde Cabin Road
Suite 110
St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com

                                                  /s/ David D. Dean
                                                  *One of the Attorneys for Defendant Missouri Department of Corrections*

David D. Dean
Jennifer Baumann
**OFFICE OF THE ATTORNEY GENERAL**
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029
david.dean@ago.mo.gov
jennifer.baumann@ago.mo.gov

John W. Taylor
**OFFICE OF THE ATTORNEY GENERAL**
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029

3

john.taylor@ago.mo.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following via this Court's CM/ECF system on this the 22nd day of July, 2019:

Anthony E. Rothert
Gillian R. Wilcox
Jessie Steffan
Omri E. Praiss
**AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
906 Olive Street
Suite 1130
St. Louis, Missouri
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
gwilcox@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Megan G. Crane
Amy E. Breihan
**MACARTHUR JUSTICE CENTER AT ST. LOUIS**
3115 South Grand Blvd.
Suite 300
St. Louis, Missouri 63118
Telephone: (314) 254-8541
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

Meghan C. Cleary
Amelia Igo Pelly Frenkel
Anastasia McLetchie Pastan
Elizabeth Lynn Henthorne
**WILKINSON WALSH & ESKOVITZ**
11601 Wilshire Boulevard
Suite 600
Los Angeles, California 90025
Telephone: (424) 291-9669
Facsimile: (202) 847-4005
mcleary@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
bhenthorne@wilkinsonwalsh.com

                                            /s/ William R. Lunsford
                                            Of Counsel