**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL POSTAWKO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16-CV-4219-NKL |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiffs request an order directing the Clerk to issue a writ of habeas corpus ad testificandum directing Chris McBee, warden of Chillicothe Correctional Center to produce Rena J. Greene before the Court. In support, they state:

1. This matter is scheduled for an evidentiary hearing, starting on August 13, 2019, on Plaintiffs' motion for preliminary injunction, ECF No. 289.

2. Rene J. Greene is needed to give testimony at the hearing on August 14, 2019.

3. Greene is currently detained in the Missouri Department of Corrections at Chillicothe Correctional Center, 3151 Litton Road, Chillicothe, Missouri 64601.

4. Greene is assigned Missouri Department of Corrections identification number 84210.

5. Chris McBee is the warden of Chillicothe Correctional Center.

WHEREFORE Plaintiffs request this Court enter an order to direct the Clerk to issue a writ of habeas corpus ad testificandum directed to Chris McBee, Warden, Chillicothe Correctional Center, 3151 Litton Road, Chillicothe, Missouri 64601, commanding him to produce Rene J. Greene before the Court on August 14, 2019 at 8:30 a.m. and, at the conclusion of the

1

proceedings or upon the Court's direction, to return her to the institution from which she was brought.

                                      Respectfully submitted,

                                        /s/ Anthony E. Rothert
                                        Anthony E. Rothert, #44827
                                        Jessie Steffan, #64861
                                        Omri E. Praiss, #41850
                                        American Civil Liberties Union
                                        of Missouri Foundation
                                        906 Olive Street, Suite 1130
                                        St. Louis, Missouri 63108
                                        Phone: (314) 652-3114
                                        Fax: (314) 652-3112
                                        trothert@aclu-mo.org
                                        jsteffan@aclu-mo.org

                                        Gillian R. Wilcox, #61278
                                        American Civil Liberties Union
                                        of Missouri Foundation
                                        406 West 34th Street, Suite 420
                                        Kansas City, Missouri 64111
                                        Phone: (816) 470-9938
                                        Fax: (314) 652-3112
                                        gwilcox@aclu-mo.org

                                        Amy E. Breihan, #65499
                                        Megan G. Crane, #71624
                                        RODERICK & SOLANGE
                                        MACARTHUR JUSTICE CENTER
                                        3115 South Grand Blvd., Suite 300
                                        St. Louis, MO 63118
                                        Phone: (314) 254-8540
                                        Fax: (314) 254-8547
                                        amy.breihan@macarthurjustice.org
                                        megan.crane@macarthurjustice.org

                                        Elizabeth L. Henthorne (*pro hac vice*)
                                        Amelia I. P. Frenkel (*pro hac vice*)
                                        Anastasia M. Pastan (*pro hac vice*)
                                        Wilkinson Walsh + Eskovitz, LLP
                                        2001 M Street NW
                                        10th Floor
                                        Washington, DC 20036

Phone: (202) 847-4000  
Fax: (202) 847-4005  
bhenthorne@wilkinsonwalsh.com  
afrenkel@wilkinsonwalsh.com  
apastan@wilkinsonwalsh.com  

Meghan C. Cleary (*pro hac vice*)  
Wilkinson Walsh + Eskovitz, LLP  
11601 Wilshire Blvd., Suite 600  
Los Angeles, CA 90025  
Phone: (424) 291-9669  
Fax: (202) 847-4005  
mcleary@wilkinsonwalsh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2019, a true and correct copy of the foregoing document was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.

/s/ Anthony E. Rothert

4

Case 2:16-cv-04219-NKL   Document 316   Filed 07/31/19   Page 4 of 4