IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MISSOURI DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-04219-NKL |

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Clerk is hereby ordered to issue a Writ of Habeas Corpus Ad Testificandum directed to the Missouri Department of Corrections at Chillicothe Correctional Center, 3151 Litton Road, Chillicothe, Missouri 64601, to produce Rene J. Greene, #84210, now confined at Chillicothe Correctional Center, in the custody of the person there in charge, before the United States District Court, 80 Lafayette Street, Jefferson City, Missouri 65101, on August 14, 2019, at 8:30 a.m., or at any time thereafter as the Court may direct, so that said person may appear for a hearing in accordance with law in the above-entitled cause; and after said person shall have so appeared to return said person to the aforementioned custody as may be directed by this Court.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: July 31, 2019
Jefferson City, Missouri