IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| *MICHAEL POSTAWKO, et al.,* | ) |
|     **Plaintiffs,** | )    **CASE NO. 2:16-CV-04219-NKL** |
| **v.** | ) |
| *MISSOURI DEPARTMENT OF CORRECTIONS, et al.,* | ) |
|     **Defendants.** | ) |

## DEFENDANT CORIZON, LLC'S DESIGNATION OF PARTY REPRESENTATIVE

Pursuant to this Court's July 31, 2019, Order (Doc. No. 317), Defendant Corizon, LLC hereby notifies the Court and the parties that it will designate Dr. Jerry Lovelace, Regional Medical Director, as its representative during the preliminary injunction proceedings.

Dated: August 12, 2019.

                                                   /s/ William R. Lunsford
                                                 William R. Lunsford
                                                 *One of the Attorneys for Defendant Corizon, LLC*

William R. Lunsford
Matthew B. Reeves
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com

Dwight A. Vermette
**ECKENRODE-MAUPIN**
11477 Olde Cabin Road
Suite 110

St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on August 12, 2019:

Anthony E. Rothert
Gillian R. Wilcox
Jessie Steffan
Omri E. Praiss
**AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
906 Olive Street
Suite 1130
St. Louis, Missouri
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
gwilcox@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Megan G. Crane
Amy E. Breihan
**MACARTHUR JUSTICE CENTER AT ST. LOUIS**
3115 South Grand Blvd.
Suite 300
St. Louis, Missouri 63118
Telephone: (314) 254-8541
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

Meghan C. Cleary
Amelia Igo Pelly Frenkel
Anastasia McLetchie Pastan
Elizabeth Lynn Henthorne
**WILKINSON WALSH & ESKOVITZ**
11601 Wilshire Boulevard
Suite 600
Los Angeles, California 90025
Telephone: (424) 291-9669
Facsimile: (202) 847-4005
mcleary@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
bhenthorne@wilkinsonwalsh.com

*Attorneys for Plaintiffs*

D. John Sauer
David D. Dean
**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8807
Facsimile: (573) 751-0774
john.sauer@ago.mo.gov
david.dean@ago.mo.gov

John W. Taylor

Jennifer Baumann
**OFFICE OF THE ATTORNEY GENERAL**
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029
john.taylor@ago.mo.gov
jennifer.baumann@ago.mo.gov

*Attorneys for Defendants Missouri
Department of Corrections and Anne L.
Precythe*

                                                  /s/ William R. Lunsford
                                                  Of Counsel