IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **MICHAEL POSTAWKO,** *et. al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) CASE NO. 2:16-CV-04219-NKL |
| **MISSOURI DEPARTMENT OF CORRECTIONS,** *et al.*, | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE FOR THE STATE'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION

Defendants Missouri Department of Corrections ("MDOC"), Anne L. Precythe ("Precythe"), and Corizon, LLC ("Corizon," and, collectively with MDOC and Precythe, the "State"), by and through their undersigned counsel, hereby certify that the State's Responses and Objections to Plaintiffs' Fourth Set of Requests for Production were served via electronic mail on this the 16th day of September, 2019, to the following:

Anthony E. Rothert
Gillian R. Wilcox
Jessie Steffan
Omri E. Praiss
**AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
906 Olive Street
Suite 1130
St. Louis, Missouri
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
gwilcox@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Megan G. Crane
Amy E. Breihan
**MACARTHUR JUSTICE CENTER AT ST. LOUIS**
3115 South Grand Blvd.
Suite 300
St. Louis, Missouri 63118
Telephone: (314) 254-8541
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

Meghan C. Cleary
Amelia Igo Pelly Frenkel
Anastasia McLetchie Pastan
Elizabeth Lynn Henthorne
**WILKINSON WALSH & ESKOVITZ**
11601 Wilshire Boulevard
Suite 600
Los Angeles, California 90025
Telephone: (424) 291-9669
Facsimile: (202) 847-4005
mcleary@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
bhenthorne@wilkinsonwalsh.com

*Attorneys for Plaintiffs*


Dated: September 16, 2019.

/s/ William R. Lunsford
William R. Lunsford
*One of the Attorneys for Defendant Corizon, LLC*

William R. Lunsford
Matthew B. Reeves
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com

Dwight A. Vermette
**ECKENRODE-MAUPIN**
11477 Olde Cabin Road
Suite 110
St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com

/s/ Jennifer Baumann  
Jennifer Baumann  
*One of the Attorneys for Defendants*  
*Missouri Department of Corrections and*  
*Anne L. Precythe*

John W. Taylor  
Jennifer Baumann  
**OFFICE OF THE ATTORNEY GENERAL**  
815 Olive Street  
St. Louis, Missouri 63101  
Telephone: (314) 340-7861  
Facsimile: (314) 340-7029  
john.taylor@ago.mo.gov  
Jennifer.baumann@ago.mo.gov

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following via this Court's CM/ECF system on this the 16th day of September, 2019:

Anthony E. Rothert
Gillian R. Wilcox
Jessie Steffan
Omri E. Praiss
**AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
906 Olive Street
Suite 1130
St. Louis, Missouri
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
gwilcox@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Megan G. Crane
Amy E. Breihan
**MACARTHUR JUSTICE CENTER AT ST. LOUIS**
3115 South Grand Blvd.
Suite 300
St. Louis, Missouri 63118
Telephone: (314) 254-8541
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

Meghan C. Cleary
Amelia Igo Pelly Frenkel
Anastasia McLetchie Pastan
Elizabeth Lynn Henthorne
**WILKINSON WALSH & ESKOVITZ**
11601 Wilshire Boulevard
Suite 600
Los Angeles, California 90025
Telephone: (424) 291-9669
Facsimile: (202) 847-4005
mcleary@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
bhenthorne@wilkinsonwalsh.com

*Attorneys for Plaintiffs*

    /s/ William R. Lunsford
    Of Counsel