IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **MICHAEL POSTAWKO, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:16-CV-04219-NKL |
| **MISSOURI DEPARTMENT OF CORRECTIONS, et al.,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

## CORIZON LLC'S MOTION TO REDACT

Pursuant to Local Rule 80.1(a)(1), Defendant Corizon, LLC ("Corizon") hereby submits this Motion to Redact the Preliminary Injunction Hearing Transcript. Corizon requests redaction of the following information from the Preliminary Injunction Hearing Transcript:

Volume II: 365:12-366:20; 367:18-23; 370:2-10

Volume III: 605:21-24; 662:7-664:10

(the "Proposed Redactions").

As the Court is aware, Corizon filed a Motion for Protective Order relating to certain documents (the "Protected Documents") protected by the patient safety work product privilege and the Patient Safety and Quality Improvement Act of 2005, 42 U.S.C. § 299b-21. (Doc. No. 353). The Proposed Redactions include testimony and argument specifically referencing and describing the Protected Documents. Plaintiffs opposed the Motion for Protective Order, arguing that the Protected Documents are not protected from disclosure altogether. (Doc. No. 366). Plaintiffs do not, however, dispute that, if Corizon must produce the documents, Corizon may designate them at least as "Confidential" under the Joint Stipulated Protective Order in place in this case. (Doc. No. 168). (See Doc. No. 366 at 8, Plaintiffs arguing that Joint Stipulated Protective Order (Doc.

No. 168) would adequately protect the Protected Documents; Hearing Tr., Vol. III, 879:16-18, Plaintiffs' counsel stating, "[W]e have a protective order in this case; and if the concern is that this information is going to be public, we could treat those records as confidential").

The Joint Stipulated Protective Order provides that "CONFIDENTIAL or ATTORNEYS' EYES ONLY material – including but not limited to transcripts, depositions, affidavits, exhibits, briefs, memoranda, discovery responses, or other documents or pleadings which set forth, summarize or specifically reference CONFIDENTIAL or ATTORNEYS' EYES ONLY material – shall be redacted from any document before filing the document with the Court." (Doc. No. 168, ¶ 15). Accordingly, Corizon respectfully requests that this Court issue an order providing for the redaction of the Proposed Redactions from the Preliminary Injunction Hearing Transcript.

Dated: September 19, 2019

/s/ William R. Lunsford
William R. Lunsford
*One of the Attorneys for Defendant Corizon, LLC*

William R. Lunsford
Matthew B. Reeves
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com

Dwight A. Vermette
**ECKENRODE-MAUPIN**
11477 Olde Cabin Road
Suite 110
St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on September 19, 2019:

Anthony E. Rothert
Gillian R. Wilcox
Jessie Steffan
Omri E. Praiss
**AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
906 Olive Street
Suite 1130
St. Louis, Missouri
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
gwilcox@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Megan G. Crane
Amy E. Breihan
**MACARTHUR JUSTICE CENTER AT ST. LOUIS**
3115 South Grand Blvd.
Suite 300
St. Louis, Missouri 63118
Telephone: (314) 254-8541
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

Meghan C. Cleary
Amelia Igo Pelly Frenkel
Anastasia McLetchie Pastan
Elizabeth Lynn Henthorne
**WILKINSON WALSH & ESKOVITZ**
11601 Wilshire Boulevard
Suite 600
Los Angeles, California 90025
Telephone: (424) 291-9669
Facsimile: (202) 847-4005
mcleary@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
bhenthorne@wilkinsonwalsh.com

*Attorneys for Plaintiffs*

John W. Taylor
Jennifer Baumann
**OFFICE OF THE ATTORNEY GENERAL**
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029
john.taylor@ago.mo.gov
jennifer.baumann@ago.mo.gov

*Attorneys for Defendants Missouri Department of Corrections and Anne L. Precythe*

      /s/ William R. Lunsford
      Of Counsel