UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL G. POSTAWKO, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:16-CV-04219 NKL |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PLAINTIFFS' THIRD
MOTION TO AMEND SCHEDULING ORDER**

Pending before the Court is Plaintiffs' Third Motion to Amend Scheduling Order (ECF No. 398). The Motion, which Defendants do not oppose, is granted, and the February 26, 2019 Amended Scheduling and Jury Trial Order (Doc. 254; *see also* Doc. 364) is amended as follows:

*C. DISCOVERY:*

    1. Defendants' depositions pursuant to Rule 30(b)(6) shall be completed on or before December 13, 2019.

    2. Absent extraordinary circumstances, all discovery motions will be filed on or before March 20, 2020. *See* Local Rule 37.1 for procedures that must be followed before filing a discovery motion. The Court will not entertain any discovery motion absent full compliance with Local Rule 37.1. Any discovery motion filed without complying with Local Rule 37.1 will be denied. In the event that a teleconference is needed, my courtroom deputy may be reached at (816) 512-5689. All teleconference requests should be directed to her. Each party to the dispute shall fax a description of the discovery dispute, **not to exceed one page in length**, to the Court at (573) 636-5108, and to opposing counsel at least 24 hours before the teleconference.

    3. Expert designations and depositions will be as follows:

        a. On or before October 28, 2019, the Plaintiffs will designate any expert witnesses it intends to call at trial. This includes any person who may present evidence under Rules 702, 703, or 705 of the Federal Rules of Civil Procedure. The Plaintiffs' expert reports must be made available by January 6, 2020.

      b.      On or before <u>January 27, 2020</u>, the Defendants will designate any expert witnesses it intends to call at trial. This includes any person who may present evidence under Rules 702, 703, or 705 of the Federal Rules of Civil Procedure. The Defendants' expert reports must be made available by <u>February 20, 2020</u>.

      c.      On or before <u>April 23, 2020</u>, all depositions of expert witnesses will be completed.

      4.   All pretrial discovery authorized by the Federal Rules of Civil Procedure will be completed on or before <u>April 23, 2020</u>. This means that all discovery disputes must be resolved and all depositions taken prior to the date specified in this paragraph.

      ***D. DISPOSITIVE MOTIONS***: All dispositive motions, except those under Rule 12(h)(2) or (3), will be filed on or before <u>May 22, 2020</u>. All summary judgment motions will comply with Local Rule 56.1. The Court will treat all *Daubert* motions as dispositive motions for purposes of this paragraph.

**IT IS SO ORDERED.**

                                                              <u>s/ Nanette K. Laughrey</u>

                                                              NANETTE K. LAUGHREY
                                                              United States District Judge

Dated:  <u>November 21, 2019</u>
Jefferson City, Missouri