IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16-CV-4219-NKL-P |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2019, a copy of Defendants Missouri Department of Corrections and Anne L. Precythe's (collectively, the "MDOC Defendants") **Objections and Responses to Plaintiffs' Fifth Set of Requests for Production of Documents** was sent via electronic mail to the following:

Anthony E. Rothert
Gillian R. Wilcox
Jessie Stefan
Omri E. Praiss
American Civil Liberties Union
of Missouri Foundation
906 Olive Street
Suite 1130
Saint Louis, MO 63101
trothert@aclu-mo.org
gwilcox@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Megan G. Crane
Amy E. Breihan
Macarthur Justice Center at St. Louis
3115 South Grand Blvd.
Suite 300
Saint Louis, MO 63118
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

1

Amelia I. P. Frenkel
Anastasia M. Pastan
Wilkinson Walsh + Eskovitz, LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4000
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com

Meghan C. Cleary
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Phone: (424) 291-9669
mcleary@wilkinsonwalsh.com

*Attorneys for Plaintiffs*

Dwight A. Vermette, #35736MO
ECKENRODE-MAUPIN
Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
dav@eckenrode-law.com

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, AL 35801
blunsford@maynardcooper.com

*Counsel for Defendant Corizon, LLC*

Respectfully submitted,

**ERIC S. SCHMITT**,
Attorney General

*/s/ Jennifer A. Baumann*
Jennifer A. Baumann #51982
Assistant Attorney General
815 Olive Street
St. Louis, MO 63101
Tel: (314) 340-7950
E-mail:
Jennifer.Baumann@ago.mo.gov

*Attorneys for MDOC Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court on July 24, 2019, to be served by operation of the Court's electronic filing system upon all parties.

*/s/ David D. Dean*
David D. Dean
Assistant Attorney General