IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:16-cv-4219-NKL |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### JOINT FOURTH MOTION TO AMEND SCHEDULING ORDER
### AND SUGGESTIONS IN SUPPORT THEREOF

The parties believe there is good cause to extend certain a single case deadline and therefore jointly request that the Court enter a new scheduling order reflecting their agreement as follows:

1. On November 21, 2019, this Court granted Plaintiffs' unopposed Third Motion to Amend Scheduling Order. *See* ECF No. 399. In keeping with the order, Defendants' depositions pursuant to Rule 30(b)(6) shall be completed on or before December 13, 2019.

2. In order to accommodate Defendants' schedules, Plaintiffs have agreed that two of Defendant Corizon's corporate designees, Tonya Mooningham and Dr. Pete Powell, may testify on December 19, 2019.

3. This is the fourth motion to amend the scheduling order. The first joint motion to amend the scheduling order was filed on August 9, 2017, before the case was stayed pending appeal. *See* ECF No. 176. Plaintiffs' second motion to amend the scheduling order was filed on August 27, 2019. *See* ECF No. 362. Plaintiffs' third motion to amend the scheduling order was filed on November 19, 2019. *See* ECF No. 398.

4. This motion is made in good faith, and not for the purpose of delay. It is the parties' expectation that moving the above deadline will not affect the August 17, 2020, trial date or any other deadlines in this case or resolution of the pending motion for preliminary injunction.

5. A proposed order on this Motion shall be submitted to the Court in compliance with the February 26, 2019 Amended Scheduling and Jury Trial Order.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter an order amending its February 26, 2019 Amended Scheduling Order, as outlined in the proposed order submitted contemporaneously herewith.

Respectfully submitted,

By: /s/ Amy E. Breihan
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
American Civil Liberties Union
of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
American Civil Liberties Union
of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
Fax: (314) 652-3112
gwilcox@alcu-mo.org

Amy E. Breihan, #65499
Megan G. Crane, #71624
RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118

By: /s/ Jennifer Baumann (w/ consent)
ERIC S. SCHMITT, Attorney General
John W. Taylor, #36894
Jennifer Baumann, #51982
Jason K. Lewis, #66725
Assistant Attorneys General
815 Olive Street
Saint Louis, MO 63101
Phone: (314) 340-7861
Fax: (314) 340-7029
John.Taylor@ago.mo.gov
Jennifer.Baumann@ago.mo.gov
Jason.lewis@ago.mo.gov

Justin D. Smith, #63253
Deputy Attorney General for Special
Litigation
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-0304
Fax: (573) 751-0774
Justin.Smith@ago.mo.gov
*Counsel for defendants MDOC,
Precythe, and Hardy*

2

Phone: (314) 254-8540
Fax: (314) 254-8547
amy.breihan@macarthurjustice.org
megan.crane@macarthurjustice.org

Elizabeth L. Henthorne (*pro hac vice*)
Amelia I. P. Frenkel (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Wilkinson Walsh + Eskovitz, LLP
2001 M Street NW
10th Floor
Washington, DC 20036
Phone: (202) 847-4000
Fax: (202) 847-4005
bhenthorne@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com

Meghan C. Cleary (*pro hac vice*)
Wilkinson Walsh + Eskovitz, LLP
130 West 42nd Street, Suite 1402
New York, NY 10036
Direct: (424) 291-9669
Fax: (202) 847-4005
mcleary@wilkinsonwalsh.com

*Counsel for Plaintiffs*

Dated: November 29, 2019

By: /s/ William R. Lunsford (w/ consent)
Dwight A. Vermette, #35736
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
dav@eckenrode-law.com

William R. Lunsford (*pro hac vice*)
Matthew B. Reeves (*pro hac vice*)
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
*Counsel for defendant Corizon, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2019, a true and correct copy of the foregoing document was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.

By: /s/ Amy E. Breihan