# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **MICHAEL POSTAWKO, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CASE NO. 2:16-CV-04219-NKL |
| **MISSOURI DEPARTMENT OF CORRECTIONS, et al.,** | ) |
| **Defendants.** | ) |

## JOINT MOTION TO STAY AMENDED SCHEDULING ORDER AND SUGGESTIONS IN SUPPORT THEREOF

The Parties hereby move this Court for entry of an Order staying this action and the Amended Scheduling and Jury Trial Order (doc. 254; see also docs. 364, 399, 408, 431, and 433 collectively, the "Scheduling Order"). As grounds for and in support of this Motion, the Parties state as follows:

1. On February 12, 2020, the Parties continued their efforts to resolve this dispute through mediation. The Parties made significant progress and agreed to extend the deadline for the State to serve its experts reports an additional two (2) weeks.

2. Since that time, the Parties have made further strides in negotiating a settlement and believe they are on a path to resolve this action. They want to concentrate their efforts and avoid waste of resources associated with discovery-related and pretrial-related activities while they bring this action to a final resolution.

Therefore, the Parties respectfully request a stay of all existing deadlines in the Scheduling Order. If the Parties are not successful in resolving this dispute within the next sixty (60) days, then they will request the Court reset the existing deadlines in the Scheduling Order.

3. Contemporaneously with the filing of this Motion, the Parties will submit a proposed Order to the Court in compliance with the Scheduling Order.

WHEREFORE, premises considered, the Parties respectfully request that the Court enter an Order staying this action and the Scheduling Order consistent with the proposed Order submitted contemporaneously herewith.

Dated: April 3, 2020.

/s/ *Amy Breihan*
*One of the Attorneys for Plaintiffs*

Anthony E. Rothert
Jessie Steffan
Omri E. Praiss
**AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
906 Olive Street
Suite 1130
St. Louis, Missouri 63108
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
gwilcox@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Gillian R. Wilcox
**AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION**
406 West 34th Street, Suite 420

Kansas, Missouri 64111
gwilcox@aclu-mo.org

Megan G. Crane
Amy E. Breihan
**RODERICK & SOLANGE MACARTHUR JUSTICE CENTER**
3115 South Grand Blvd., Suite 300
St. Louis, Missouri 63118
Telephone: (314) 254-8540
megan.crane@macarthurjustice.org
amy.breihan@macarthurjustice.org

Amelia Igo Pelly Frenkel (*pro hac vice*)
Anastasia McLetchie Pastan (*pro hac vice*)
Elizabeth Lynn Henthorne (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON WALSH LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
bhenthorne@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com

Meghan C. Cleary (*pro hac vice*)
**WILKINSON WALSH LLP**
130 West 42nd Street, Suite 1402
New York, NY 10036
Telephone: (424) 291-9669
Facsimile: (202) 847-4005
mcleary@wilkinsonwalsh.com

/s/ *William R. Lunsford*
*One of the Attorneys for Defendant Corizon, LLC*

William R. Lunsford

Matthew B. Reeves
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com

Dwight A. Vermette
**ECKENRODE-MAUPIN**
11477 Olde Cabin Road
Suite 110
St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com

                                               /s/ *Jennifer Baumann*
*One of the Attorneys for Defendants Missouri Department of Corrections, Adrienne Hardy, and Anne L. Precythe*

Zachary T. Buchheit
**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8807
Facsimile: (573) 751-0774
zachary.buchheit@ago.mo.gov

John W. Taylor
Jennifer Baumann
**OFFICE OF THE ATTORNEY GENERAL**
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029
john.taylor@ago.mo.gov

4

5

jennifer.baumann@ago.mo.gov