**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL POSTAWKO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16-CV-4219-NKL |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## JOINT STATUS REPORT ON SETTLEMENT

The parties through their respective counsel provide the following joint status report on the finalization of settlement paperwork:

1. The parties have reached a settlement of the class-wide and individual claims in this lawsuit. *See* Doc. 445, 448. During a teleconference with the Court on July 22, 2020, Plaintiffs informed the Court that one named plaintiff had signed the settlement agreement and counsel were in the process of obtaining a signed agreement from the other named plaintiff, who is incarcerated out of state. Due to logistical challenges, scheduling a confidential legal call with that plaintiff required intervention by this Court. *See* Doc. 451, 452. Although the July 22 minute entry reflects Plaintiffs' expectation that they would have settlement papers fully executed during or before the first week of August, the aforementioned logistical issues in connecting with the out-of-state plaintiff caused further unanticipated delay.

2. Following entry of the July 28, 2020 sealed order by this Court, Plaintiffs' counsel were able to speak with the named plaintiff. On August 8, he informed counsel that he had signed the settlement agreement and placed it in the mail to Plaintiffs' counsel.

1

3. Upon receipt of the signed settlement agreement, Plaintiffs will send signed copies of the class and individual agreements to Defendants Corizon and Missouri Department of Corrections for their signatures.

4. The parties will file a motion for preliminary approval of settlement once the settlement paperwork has been fully executed. As previously discussed with the Court, Defendants wish to have the class and individual settlement agreements fully executed before filing the motion for preliminary approval. The parties anticipate that motion will be filed on or before August 18, 2020.

Respectfully submitted,

By: /s/ Amy E. Breihan
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
Kayla M. DeLoach, #72424
American Civil Liberties Union
of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org
kdeloach@aclu-mo.org

Gillian R. Wilcox, #61278
American Civil Liberties Union
of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
Fax: (314) 652-3112
gwilcox@aclu-mo.org

Amy E. Breihan, #65499
Megan G. Crane, #71624
RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER

By: /s/ Matthew B. Reeves (w/ consent)
William R. Lunsford
Matthew B. Reeves
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com

Dwight A. Vermette
Eckenrode-Maupin
11477 Olde Cabin Road, Suite 110
St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com
*Counsel for Defendant Corizon, LLC*

By: /s/ Jennifer Baumann (w/ consent)
Jennifer Baumann
John W. Taylor
Office of the Attorney General
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029
jennifer.baumann@ago.mo.gov

2

3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
amy.breihan@macarthurjustice.org
megan.crane@macarthurjustice.org

Elizabeth L. Henthorne (pro hac vice)
Amelia I. P. Frenkel (pro hac vice)
Anastasia M. Pastan (pro hac vice)
Tamarra Matthews Johnson (pro hac vice)
Kieran G. Gostin (pro hac vice)
Wilkinson Walsh, LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4000
Fax: (202) 847-4005

Meghan C. Cleary (pro hac vice)
Wilkinson Walsh, LLP
130 W. 42nd Street, 24th Floor
New York NY 10036
Phone: (929) 264-7768
Fax: (202) 847-4005
*Counsel for Plaintiffs and the Plaintiff Class*

john.taylor@ago.mo.gov

Zachary T. Buchheit
Office of the Attorney General
P.O. Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8807
Facsimile: (573) 751-0774
zachary.buchheit@ago.mo.gov
*Counsel for Defendants Missouri Department of Corrections, Adrienne Hardy, and Anne L. Precythe*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August, 2020, a true and correct copy of the foregoing document was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.

By: /s/ Amy E. Breihan