# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:16-CV-4219-NKL-P |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

The parties seek preliminary approval of a settlement in this case. Plaintiffs filed this lawsuit on behalf of themselves and other similarly situated individuals in the custody of the Missouri Department of Corrections ("MDOC"), alleging that MDOC and its private medical services provider, Corizon, LLC ("Corizon") violated their constitutional right to adequate medical care. MDOC and Corizon (collectively, the "Defendants") have denied, and continue to deny, the allegations and contend their provision of medical care is, and has been, adequate and appropriate. Nevertheless, and without any admission of liability, the parties have reached an amicable resolution.

The parties engaged in lengthy arms-length settlement negotiations. The parties first negotiated in May 2019, pursuant to an ADR order entered in this case. At the Court's encouragement, the parties resumed those negotiations in October 2019, following a hearing on Plaintiffs' Motion for Preliminary Injunction. After further discovery efforts, the parties engaged in additional in-person negotiations in February 2020. The parties have continued to negotiate since that time, all while proceeding with some additional discovery matters.

1

As set forth in the Suggestions in Support of this Joint Motion, the parties believe the terms of the Agreement are fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23, thus warranting the Court's preliminary approval.

The proposed Agreement is attached as **Exhibit 1** to the Suggestions in Support. The proposed Notice to the Class of the proposed Agreement, which would inform Class members of their right to submit objections to the Agreement, the procedure for doing so, and the availability of copies of the Agreement, is attached as **Exhibit 2** to the Suggestions in Support. The Order Granting Preliminary Approval of Agreement, Setting Hearing, and Directing Class Notice is attached as **Exhibit 3** to the Suggestions in Support.

WHEREFORE, the parties respectfully request that the Court:

(a) preliminarily approve the Agreement;

(b) order MDOC's posting and distributing (as outlined in the Suggestions in Support of this Joint Motion) the Notice to the Class within or before two weeks of the date of any order of the Court granting preliminary approval of the Settlement Agreement, and including a requirement that Defendants: (i) provide Class Counsel with a copy of the August 2020 HCV Master List marked as "Attorneys' Eyes Only" pursuant to the Joint Stipulated Protective Order (Dkt. 168) upon commencing distribution of the Notice; and (ii) file with the Court within 16 days after the date of such order a certification that they complied with the posting and distribution requirement;

(c) require objections or comments to the Settlement Agreement be mailed to the Court as set forth in the Notice, postmarked by 30 days after completion of the Notice distribution procedures outlined above;

(d) order that briefs in support of approval of the Settlement Agreement be due two weeks after objections and comments are due;

2

(e) schedule a fairness hearing two weeks or later after the deadline for objections and comments; and

(f) finally approve the proposed Agreement, after considering the terms of the Agreement and any objections interposed to the Agreement, and conducting whatever proceedings the Court feels are necessary.

Dated: August 21, 2020

Respectfully submitted,

By: /s/ Amy E. Breihan
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
**American Civil Liberties Union
of Missouri Foundation**
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
**American Civil Liberties Union
of Missouri Foundation**
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
Fax: (314) 652-3112
gwilcox@alcu-mo.org

Amy E. Breihan, #65499
Megan G. Crane, #71624
**Roderick & Solange
MacArthur Justice Center**
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
amy.breihan@macarthurjustice.org
megan.crane@macarthurjustice.org

Elizabeth L. Henthorne (*pro hac vice*)
Amelia I. P. Frenkel (*pro hac vice*)

3

Anastasia M. Pastan (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
**Wilkinson Walsh LLP**
2001 M Street NW
10th Floor
Washington, DC 20036
Phone: (202) 847-4000
Fax: (202) 847-4005
bhenthorne@wilkinsonwalsh.com
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Meghan C. Cleary (*pro hac vice*)
**Wilkinson Walsh LLP**
130 West 42nd Street, Suite 1402
New York, NY 10036
Phone: (424) 291-9669
Fax: (202) 847-4005
mcleary@wilkinsonwalsh.com

*Counsel for Plaintiffs*

By: /s/ Matthew B. Reeves (w/consent)
William R. Lunsford
Matthew B. Reeves
**Maynard, Cooper & Gale, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com

Dwight A. Vermette
**Eckenrode-Maupin**
11477 Olde Cabin Road
Suite 110
St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com

*Counsel for Defendant Corizon, LLC*

By: /s/ Jennifer Baumann (w/consent)
Jennifer Baumann
John W. Taylor
**Office of the Attorney General**
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029
jennifer.baumann@ago.mo.gov
john.taylor@ago.mo.gov


Zachary T. Buchheit
**Office of the Attorney General**
P.O. Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8807
Facsimile: (573) 751-0774
zachary.buchheit@ago.mo.gov

*Counsel for Defendants Missouri Department of Corrections, Adrienne Hardy, and Anne L. Precythe*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2020, a true and correct copy of the foregoing document was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.


By: /s/ Amy E. Breihan