IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:16-CV-4219-NKL-P |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The parties seek final approval of a private settlement in this case. Plaintiffs filed this lawsuit on behalf of themselves and other similarly situated individuals in the custody of the Missouri Department of Corrections ("MDOC"), alleging that MDOC and its private medical services provider, Corizon, LLC ("Corizon") violated their constitutional right to adequate medical care for hepatitis C. MDOC and Corizon (collectively, the "Defendants") have denied, and continue to deny, the allegations and contend their provision of medical care for hepatitis C is, and has been, adequate and appropriate. Nevertheless, and without any admission of liability, the parties have reached an amicable resolution.

The parties engaged in lengthy arms-length settlement negotiations. The parties first negotiated in May 2019, pursuant to an ADR order entered in this case. At the Court's encouragement, the parties resumed those negotiations in October 2019, following a hearing on Plaintiffs' Motion for Preliminary Injunction. After further discovery efforts, the parties engaged in additional in-person negotiations in February 2020. The parties continued to negotiate, while proceeding with some additional discovery matters, until concluding a Private Settlement Agreement (the "Agreement").

1

On August 25, 2020 this Court granted the parties' Joint Motion for Preliminary Approval of Class Action Settlement. (Dkt. No. 456.) In accord with the Court's Order, Defendants certified compliance with the terms of the Court's Order governing Notice to Class members. (Dkt. No. 484.) Class members subsequently had an opportunity to submit statements of support, objections, and comments.

As set forth in the Suggestions in Support of this Joint Motion, the parties believe the terms of the Agreement are fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23, thus warranting the Court's final approval.

The Agreement is attached as **Exhibit 1** to the Suggestions in Support.

WHEREFORE, the parties respectfully request that the Court finally approve the proposed Agreement, after considering the terms of the Agreement and the objections interposed to it, the arguments made in the briefing in support of approval of the Agreement, and those to be made in a fairness hearing held in accordance with Federal Rule of Civil Procedure 23(e).

Dated: October 26, 2020  Respectfully submitted,

By: /s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
**American Civil Liberties Union**
**of Missouri Foundation**
906 Olive Street, Suite 1130
St. Louis, Missouri 63108
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
**American Civil Liberties Union**
**of Missouri Foundation**
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
Fax: (314) 652-3112

2

gwilcox@alcu-mo.org

Amy E. Breihan, #65499
Megan G. Crane, #71624
**Roderick & Solange**
**MacArthur Justice Center**
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
amy.breihan@macarthurjustice.org
megan.crane@macarthurjustice.org

Amelia I. P. Frenkel (*pro hac vice*)
Anastasia M. Pastan (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
**Wilkinson Walsh LLP**
2001 M Street NW
10th Floor
Washington, DC 20036
Phone: (202) 847-4000
Fax: (202) 847-4005
afrenkel@wilkinsonwalsh.com
apastan@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Meghan C. Cleary (*pro hac vice*)
**Wilkinson Walsh LLP**
130 West 42nd Street, Suite 1402
New York, NY 10036
Phone: (424) 291-9669
Fax: (202) 847-4005
mcleary@wilkinsonwalsh.com

*Counsel for Plaintiffs*

By: /s/ William R. Lunsford
William R. Lunsford
Matthew B. Reeves
**Maynard, Cooper & Gale, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com

Dwight A. Vermette
**Eckenrode-Maupin**
11477 Olde Cabin Road
Suite 110
St. Louis, Missouri 63141
Telephone: (314) 726-6670
Facsimile: (314) 726-2106
dav@eckenrode-law.com

*Counsel for Defendant Corizon, LLC*

By: /s/ Jennifer Baumann
Jennifer Baumann
**Office of the Attorney General**
815 Olive Street
St. Louis, Missouri 63101
Telephone: (314) 340-7861
Facsimile: (314) 340-7029
jennifer.baumann@ago.mo.gov


Zachary T. Buchheit
**Office of the Attorney General**
P.O. Box 899
Jefferson City, Missouri 65102
Telephone: (573) 751-8807
Facsimile: (573) 751-0774
zachary.buchheit@ago.mo.gov

*Counsel for Defendants Missouri Department of*
*Corrections, Adrienne Hardy, and Anne L. Precythe*

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of Ocotber, 2020, a true and correct copy of the foregoing document was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.


By: /s/ Anthony E. Rothert