IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:16-CV-04219-NKL ) |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT

This matter comes before the Court on the parties' Joint Motion for Final Approval of Class Action Settlement (the "Joint Motion"). The parties request this Court's final approval of a Private Settlement Agreement (the "Agreement") reached between Defendants and the Class certified by the Court of inmates in the custody of the Missouri Department of Corrections ("MDOC").

The Court previously ordered notice of the Agreement be given to Class members and has evaluated statements of support, objections, and comments submitted in accord with that notice. The Court has also evaluated briefing in support of approval of the Agreement and presided over a fairness hearing held in accordance with Federal Rule of Civil Procedure 23(e). The Court finds the Agreement falls within the range of fairness, reasonableness, and adequacy so as to warrant the Court's final approval. Accordingly, the Joint Motion is **GRANTED.** However, because this is a private settlement agreement, the Court is not required to make, and does not make, findings of fact or conclusions of law pursuant to 18 U.S.C. § 3626(a)(1). After entry of this final approval, the Court does not retain jurisdiction over this action, although the final Settlement Agreement may be enforceable in State court pursuant to its terms.

**IT IS FURTHER ORDERED** that Defendants supply a copy of this Notice to Class members and make the final Settlement Agreement available to Class members as set forth in the Order granting preliminary approval (Doc. 456).

**IT IS SO ORDERED.**

                                                  s/ Nanette K. Laughrey
                                                  NANETTE K. LAUGHREY
                                                  United States District Judge

Dated: October 28, 2020
Jefferson City, Missouri