IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| POSTAWKO, CHRISTOPHER BAKER, and MICHAEL JAMERSON, on behalf of themselves and a class similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:16-cv-04219-NKL |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al. | ) ) ) | |

## MOTION TO WITHDRAW AS ATTORNEY

Zachary T. Buchheit of Stinson LLP, and formerly with the Missouri Attorney General's office, withdraws his appearance as counsel for Defendant Missouri Department of Corrections.

Date: January 9, 2023  Respectfully submitted,

**STINSON LLP**

*/s/ Zachary T. Buchheit*
Zachary T. Buchheit, # 71816 MO
7700 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
zachary.buchheit@stinson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was forwarded to all counsel of record via the Court's electronic filing service, this 9th day of January 2023.

By: */s/ Zachary T. Buchheit*